No. 688. BEARD *v.* SANFORD, WARDEN. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. James J. Laughlin* and *Ellis Klein* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon, William W. Barron,* and *W. Marvin Smith* for respondent.

No. 691. HOLMES *v.* COMMISSIONER OF INTERNAL REVENUE. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles B. McInnis* and *Randolph E. Paul* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Earl C. Crouter* and *Charles A. Horsky* for respondent.

No. 689. TEXAS & PACIFIC RY. CO. ET AL. *v.* SONKEN-GALAMBA CORP. March 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. G. B. Ross, R. S. Outlaw, T. D. Gresham,* and *Charles H. Woods* for petitioners. *Messrs. I. J. Ringolsky, Wm. G. Boatright, Harry L. Jacobs,* and *Bernard L. Glover* for respondent.

No. 697. NORDRED REALTIES, INC. *v.* LANGLEY. March 27, 1939. Petition for writ of certiorari to the Court of Appeals of New York denied. *Mr. Nathan Ottinger* for petitioner. No appearance for respondent.